IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ALEXANDER RICE, et al.,

    Plaintiffs,

v.                                          Civil Action No. 3:17-cv-59

GENWORTH FINANCIAL INCORPORATED,
et al.,

    Defendants.

**ORDER**

For the reasons set forth on the record during the conference call on October 27, 2017, as the parties have agreed to resolve this action, it is hereby ORDERED that the parties shall submit a joint motion for preliminary approval of the settlement by January 8, 2018.

Furthermore, it is ORDERED that a hearing on such joint motion will be held on January 24, 2018 at 2:00 p.m.

It is so ORDERED.

                                                  /s/
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: October 30, 2017