IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ALEXANDER RICE, Individually
and on Behalf of all Others
Similarly Situated, et al.,

    Plaintiffs,

v.                    Civil Action No. 3:17-cv-59

GENWORTH FINANCIAL INCORPORATED,
et al.,

    Defendants.

## ORDER

For the reasons set forth on the record during the conference call on January 10, 2018, it is hereby ORDERED that:

(1) Defendants shall file a brief in support of redactions made on the basis of attorney-client or work-product privilege, addressing the legal theories that warrant the claims of privilege.

By January 22, 2018, Defendants also shall file in camera a notebook, tabbed and with an index, that contains each document (or Bates range of documents) that is redacted and shall place as the first page after the tab a one-page summary for each document or Bates range describing how it fits the privilege claimed. Plaintiffs shall respond by February 2, 2018; and Defendants shall reply by February 9, 2018; and

(2) Also by January 22, 2018, Defendants shall file a brief and notebook following the same process and schedule as set out in Paragraph (1) with respect to documents redacted on the basis of non-responsiveness, and the parties shall also respond and reply following the schedule set out in Paragraph (1);

(3) The documents filed pursuant to paragraphs (1) and (2) shall be redlined or highlighted so that the Court can easily discern the redacted text;

(4) If the notebooks provided to the Court pursuant to Items 1 and 2 contain more unredacted text than those provided to Plaintiffs in order to enable the Court to assess the claims of privilege or non-responsiveness, Defendants shall provide Plaintiffs' counsel with explanations of those differences; and

(5) The hearing on the parties' joint motion for preliminary approval of the class action settlement, which the Court's ORDERS (ECF Nos. 83, 87) previously scheduled for January 24, 2018 at 2:00 p.m., is continued generally pending further order of the Court.

It is so ORDERED.

/s/ REV
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 12, 2018