IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ALEXANDER RICE, Individually
and on Behalf of all Others
Similarly Situated, et al.,

    Plaintiffs,

v.                                           Civil Action No. 3:17-cv-59

GENWORTH FINANCIAL INCORPORATED,
et al.,

    Defendants.

## ORDER

For the reasons set forth on the record at the hearing on April 9, 2018, it is hereby ORDERED that Lead Plaintiffs shall file an amended motion for preliminary approval of the settlement by April 12, 2018 at 5:00 p.m. It is further ORDERED that a hearing on that amended motion is scheduled for April 16, 2018 at 2:00 p.m.

Furthermore, having ordered Lead Plaintiffs to file an amended motion for preliminary settlement approval, it is hereby ORDERED that LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT (ECF No. 110) is denied as moot.

It is so ORDERED.

                                          /s/   REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: April 9, 2018