# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| ALEXANDER RICE, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GENWORTH FINANCIAL INCORPORATED, THOMAS J. MCINERNEY, JAMES S. RIEPE, WILLIAM H. BOLINDER, G. KENT CONRAD, MELINA E. HIGGINS, DAVID M. MOFFETT, THOMAS E. MOLONEY, JAMES A. PARKE, DEBRA J. PERRY, and ROBERT P. RESTREPO JR.,<br><br>Defendants. | **Case No. 3:17-cv-00059-REP** |

### NOTICE OF FILING OF PROPOSED SETTLEMENT DOCUMENTS

Pursuant to the hearing held with the Court on April 16, 2018 and the Minute Order filed April 16, 2018 (ECF No. 117), Lead Plaintiffs Alexander Rice and Brian James, having conferred with Defendants and having reached resolution on all issues in accordance with directions from the Court[1], hereby submit the following settlement documents: (1) Stipulation of Settlement, (2) Order Preliminarily Approving Proposed Class Action Settlement and Notice Of Class Action Settlement, (3) Notice of Class Action Settlement, and (4) Final Order and Judgment Approving Settlement and Dismissing Action.

Dated: April 20, 2018

Respectfully submitted,

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
James M. Wilson, Jr.
685 Third Ave., 26th Fl.
New York, NY 10017
Tel.: 212-983-9330
Fax: 212-983-9331
Email: jwilson@faruqilaw.com

**KAHN SWICK & FOTI, LLC**
Michael J. Palestina, Esq.
206 Covington Street
Madisonville, LA 70447
Tel.: 504-455-1400
Fax: 504-455-1498
Email: Michael.Palestina@ksfcounsel.com

*Co-Counsel for Lead Plaintiffs*

/s/ Scott A. Simmons
Scott A. Simmons (VSB 37744)
Christopher J. Habenicht (VSB 15146)
1802 Bayberry Court, Suite 200
Richmond, VA 23226
Tel: 804-288-3600
Fax: 804-565-1231
Email: simmons@mg-law.com
Email: habenicht@mg-law.com

*Liason Counsel for Lead Plaintiffs*

---

[1] Lead Counsel, having discussed the matter, is insistent that a mutual release of claims be included and Defendants have consented to that. The mutual release has been drafted to be as straightforward as possible with the claims being released by Defendants being a defined term "Defendants' Released Claims".

## **CERTIFICATE OF SERVICE**

This is to certify that on April 20, 2018, the undersigned attorney filed the foregoing documents using the CMF ECF system which sent notification of such filing to all registered users.

                                                                          */s/Scott A. Simmons*