# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| ALEXANDER RICE, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Consol. Case No. 3:17-cv-00059-REP |
| GENWORTH FINANCIAL, INCORPORATED, WILLIAM H. BOLINDER, G. KENT CONRAD, MELINA E. HIGGINS, THOMAS J. MCINERNEY, DAVID M. MOFFETT, THOMAS E. MOLONEY, JAMES A. PARKE, and JAMES S. RIEPE, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFFS DAVID RATLIFF II'S AND ESTHER CHOPP'S MOTION FOR AWARD OF ATTORNEYS' FEES

Plaintiffs David Ratliff II ("Ratliff") and Esther Chopp ("Chopp") respectfully move for an award of attorneys' fees payable to their counsel for the benefit achieved in this action.

For the reasons set forth in the accompanying Memorandum and the Declarations of Matthew M. Houston, T.J. McKenna, Brian Long, and Charles L. Williams filed herewith, Ratliff and Chopp now respectfully request entry of an Order:

1) Approving a Fee and Expense Amount of $175,000 that includes attorneys' fees and expenses; and

2) Granting such further relief as the Court deems just and proper.

Dated: June 1, 2018

/s/ Charles L. Williams
Charles L. Williams (VSB No. 23587)
**WILLIAMS & SKILLING, P.C.**
4801 Radford Avenue, Suite A
Richmond, VA  23230
Tel.: (804) 447-0307
Fax: (804) 447-0367
Email: cwilliams@williamsandskilling.com

Robert I. Harwood
Matthew M. Houston
Benjamin Sachs-Michaels
**GLANCY PRONGAY & MURRAY LLP**
712 Fifth Avenue, 31th Floor
New York, NY  10019
Tel.: (212) 935-7400
Fax: (212) 753-3630
Email: rharwood@glancylaw.com
         mhouston@glancylaw.com
         bsachsmichaels@glancylaw.com

Thomas J. McKenna
Gregory Egleston
**GAINEY MCKENNA & EGLESTON**
440 Park Avenue South, 5th Floor
New York, NY 10016
Tel: 212-983-1300
Fax: 212-983-0383
Email: TJMcKenna@gme-law.com
         Egleston@gme-law.com

*Counsel for Plaintiffs David Ratliff II and Esther Chopp*

2

## CERTFICATE OF SERVICE

This is to certify that on June 1, 2018, the undersigned attorney filed the foregoing documents using the CM/ECF system which will send notification of such filing to all registered users.

/s/ Charles L. Williams
Charles L. Williams (VSB No. 23587)
Williams & Skilling, P.C.
4801 Radford Avenue, Suite A
Richmond, VA 23230
Tel. (804) 447-0307
Fax (804) 447-0367
cwilliams@williamsandskilling.com
