IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ALEXANDER RICE, Individually and On Behalf Of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>     v.<br><br>GENWORTH FINANCIAL INCORPORATED, THOMAS J. MCINERNEY, JAMES S. RIEPE, WILLIAM H. BOLINDER, G. KENT CONRAD, MELINA E. HIGGINS, DAVID M. MOFFETT, THOMAS E. MOLONEY, JAMES A. PARKE, DEBRA J. PERRY, and ROBERT P. RESTREPO JR.,<br><br>                Defendants. | Case No. 3:17-cv-00059-REP |

**LEAD PLAINTIFFS' MOTION FOR
AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

Lead Plaintiffs Alexander Rice and Brian James ("Lead Plaintiffs") respectfully submit this Motion for an Award of Attorneys' Fees and Expenses (the "Motion") and moves this Court for an Order in the form attached hereto. The grounds for this Motion are set forth in the accompanying Memorandum of Law and the Declaration of Scott A. Simmons including the exhibits attached thereto.

Dated: June 1, 2018

Respectfully submitted,

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
James M. Wilson, Jr.
685 Third Ave., 26th Fl.
New York, NY 10017
Tel.: 212-983-9330
Fax: 212-983-9331
Email: jwilson@faruqilaw.com

**KAHN SWICK & FOTI, LLC**
Michael J. Palestina, Esq.
206 Covington Street
Madisonville, LA 70447
Tel.: 504-455-1400
Fax: 504-455-1498
Email: Michael.Palestina@ksfcounsel.com

*Co-Counsel for Lead Plaintiffs*

*/s/ Scott A. Simmons*
Scott A. Simmons (VSB 37744)
Christopher J. Habenicht (VSB 15146)
1802 Bayberry Court, Suite 200
Richmond, VA 23226
Tel: 804-288-3600
Fax: 804-565-1231
Email: simmons@mg-law.com
Email: habenicht@mg-law.com

*Liason Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on June 1, 2018, the undersigned attorney filed the foregoing documents using the CMF ECF system which sent notification of such filing to all registered users.

_/s/Scott A. Simmons_