IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ALEXANDER RICE, Individually
and on Behalf of All Others
Similarly Situated, et al.,

    Plaintiffs,

v.                              Civil Action No. 3:17cv59

GENWORTH FINANCIAL
INCORPORATED, et al.,

    Defendants.

## ORDER

Having reviewed the PLAINTIFFS DAVID RATLIFF II'S AND ESTHER CHOPP'S NOTICE OF WITHDRAWAL OF MOTION FOR AWARD OF ATTORNEYS' FEES (ECF No. 132), it is hereby ORDERED that PLAINTIFFS DAVID RATLIFF II'S AND ESTHER CHOPP'S MOTION FOR AWARD OF ATTORNEYS' FEES (ECF No. 124) is denied as moot having been withdrawn.

It is so ORDERED.

                                          /s/    REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: June 14, 2018